FILED

3:00 pm, 1/2/25

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, a Wyoming Insurance Company<br><br>Plaintiff<br><br>vs<br><br>KEEGAN MCVEIGH<br><br>Defendant | Case Number: 23-CV-226-KHR |

## JUDGMENT IN A CIVIL ACTION

The Court has entered its Order Granting Plaintiff's Motion for Summary Judgment on December 26, 2024. THEREFORE, Judgment is hereby entered in favor of the Plaintiff, Mountain West Farm Bureau Mutual Insurance Company against Defendant Keegan McVeigh, and the case is closed.

Dated this 2nd day of January, 2025.

Margaret Botkins
Clerk of Court

By _____
Deputy Clerk

WY 37                                                                                                   Rev. 09/17/2024